IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MANUEL CARDENAS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. SA-25-CV-347-FB |
| COUNTY MANAGER DAVID SMITH, BEXAR COUNTY, JUSTICE OF THE PEACE, PRECINCT 4, | § § § § § | |
| Defendants. | § § | |

## J U D G M E N T

The Court has considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge, filed in this case on April 30, 2025 (docket #4), is ACCEPTED such that Plaintiff's case is DISMISSED WITHOUT PREJUDICE for want of prosecution and failure to follow court orders.  Motions pending, if any, are DISMISSED AS MOOT, and this case is CLOSED.

It is so ORDERED.

SIGNED this 28th day of May, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE